NDFL Prob 35A  
(6/03)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:03CR140-008/RV

DANA LYNN POWELL

On July 27, 2007, the above named was placed on supervised release for a period of four years. She has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that Dana Lynn Powell be discharged from supervised release.

Respectfully submitted,

Brian S. Davis  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 20 day of October, 2009.

Roger Vinson  
Senior United States District Judge

Certified Copy to Defendant

09 OCT 22 PM 1:03

